UNITED STATES BANKRUPTCY COURT
IN THE EASTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION

IN RE:
GREAT LAKES TISSUE COMPANY,

Debtor.

_____/

Case No. 08-22796
Chapter 11 Proceeding
Hon. Daniel S. Opperman

## DEBTOR'S MOTION FOR AN ORDER UNDER BANKRUPTCY CODE §1121(d) EXTENDING EXCLUSIVE PERIODS DURING WHICH DEBTOR MAY FILE AND SOLICIT ACCEPTANCES OF PLAN OF REORGANIZATION

NOW COMES the Debtor, Great Lakes Tissue Company, by and through its attorneys, LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C., and for its Motion for An Order Under Bankruptcy Code §1121(d) Extending Exclusive Periods During Which Debtor May File and Solicit Acceptances of Plan of Reorganization (the "Motion"), states as follows:

1.      The Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§157 and 1334.

2.      This matter is a core proceeding within the meaning of 28 U.S.C. §157(b).

## BACKGROUND

3.      The Debtor is a manufacturer of parent paper rolls in Cheboygan, Michigan.

4.      The Debtor currently employs approximately 65 employees.

5.      On September 22, 2008 (the "Petition Date"), the Debtor commenced a voluntary case under Chapter 11 of the Bankruptcy Code. The Debtor is operating its business and managing its assets as a debtor-in-possession.

6.      The Debtor has secured debt of approximately $12,000,000.00 owed to 10 secured creditors and approximately $3,457,000.00 in unsecured indebtedness.

7.      The paper mill owned and operated by the Debtor has been doing business in Cheboygan since about 1903, when it was originally built as a news print mill. Since then, the mill has changed ownership on a number of occasions and has operated at full capacity during good economic times and has been closed during its history at times. In approximately 1955, Charmin Paper Company acquired the company and in approximately 1958, the Proctor & Gamble Corporation acquired Charmin. The mill was owned and operated by Proctor & Gamble until approximately 1990. During Proctor & Gamble's ownership, improvements were made to the property and machines and employment at one point grew to approximately 700 employees and the mill was the first to produce Pampers. It also produced Attends Sanitary Garments for

{00049346}

1

adults and Always Pantyliners. In approximately 1993, the Debtor entity was formed and the plant and supporting structures were purchased from Proctor & Gamble. After the acquisition, the plant, because of high pulp costs, was modified to allow it to process recycled material. The plant currently produces up to 1250 tons of jumbo rolls of tissue monthly for conversion to toweling, toilet paper and dinner napkins. The Debtor is currently utilizing one of its two machines and is attempting to find financing to start producing with the second machine.

## RELIEF REQUESTED

8.     By this Motion, the Debtor requests the entry of an order extending the exclusive period and deadline to file a plan and the exclusive period to obtain acceptance of a plan for a period of three months so that a plan would be due January 20, 2010 and the exclusive period to obtain acceptance of the plan would expire March 20, 2010.

## BASIS FOR RELIEF

9.     The Debtor has the exclusive right to file a plan of reorganization within the initial 120 period after the Petition Date which has been extended pursuant to Court order until January 20, 2009. The exclusive period to obtain acceptance of the plan expires on or about March 20, 2009.

10.     Prior to the Petition Date, the Debtor had entered into an agreement with National Packaging Service for the sale of the Debtor entity. National Packaging Service managed and operated the Debtor's business for approximately five months until management was returned to current management on or about September 15, 2008. During that time period, the Debtor suffered significant losses and indebtedness was incurred to National Packaging Service (which the Debtor disputes).

11.     All Points Capital claims an indebtedness of approximately $2,300,000.00 and alleges it has a security interest is certain specific critical equipment of the Debtor. Additionally, the City of Cheboygan claims a security interest in the same assets as All Points Capital and additional assets. All Points asserts that its security interest is prior to and senior to that of the City of Cheboygan. The City of Cheboygan disputes the assertion. The indebtedness owed to the City of Cheboygan is approximately $2,700,000.00. This Court has converted motions filed by All Points, the City of Cheboygan and their respective responses into an adversary proceeding to determine the priority issue. Because of the amount of indebtedness owed to each entity, the determination of the priority dispute is crucial to the formation of the Debtor's plan. While the determination is being made by the Court, the Debtor will attempt to negotiate a proposal with each of the entities. Without agreement, and without determination of the priority dispute, a plan may be premature, since there may not be sufficient equity to cover the indebtedness of both entities. This Court conducted a hearing on January 15, 2010 to hear oral arguments on a motion for summary disposition. At the hearing, counsel for the Debtor approached counsel for the City of Cheboygan and All Points and attempted to persuade each to mediate or discuss settlement. All Points declined. The Debtor will meet with each creditor separately and will file a Plan in the next 60 days even though the Debtor believes, given the amount involved, an appeal is likely.

12.     Prior to the Petition Date, the Debtor was unable to obtain or locate DIP financing or exit financing. The Debtor is continuing its effort to find DIP financing, factoring financing and/or exit financing.

13.     In addition, the Debtor continues to discuss the possibility of a sale of some or all of its assets with various entities.

14.     Additional time to formulate a plan will not harm the creditors in this matter and will ultimately provide a benefit for the following reasons:

A.     The Debtor will have additional opportunity to obtain post-petition financing or exit financing which could be utilized to fund a portion of the plan requirements;

B.     Will give the Debtor additional time to attempt to negotiate payment provisions that may satisfy each until the dispute is resolved and voting procedure issues are established;

C.     The Debtor is not seeking an extended time period in which to extend the exclusive periods but a relatively short time period given the amount of indebtedness involved in this case and the current economic climate.

15.     Accordingly, the Debtor requests that the Court:

A.     Extend the exclusive period to file a plan under 11 U.S.C. §1121 to March 20, 2010;

B.     Extend the period for the Debtor to obtain acceptance of its plan or any amended plan during such exclusive period for an additional 90 days as provided in 11 U.S.C. §1121(d) to and including May 20, 2010;

C.     Extend the Court and statutory imposed deadline to file a plan to the dates specified herein;

D.     In the event the Court denies the Motion, extend the exclusive period to file plan for a period of ten business days after such denial for the Debtor to have the exclusive period to file a plan and the exclusive period to obtain acceptances to a period that is 60 days after such extension to file the plan.

E.     **The Debtor anticipates this will be the final request to extend the exclusive period to file a Plan.**

16.     The Debtor maintains that under the circumstances, such a request is reasonable.

## APPLICABLE AUTHORITY

17.     11 U.S.C. §1121(d) allows the Court to extend the exclusive periods for cause. Specifically Section 1121(d) provides:

> [O]n request of a party in interest made within the respective periods specified in subsections (b) and (c) of this section and after notice and a hearing the court may for cause . . . increase the 120 day period or the 180 period referred to in this section.

18.     Court's are given flexibility to review the particular facts and circumstances of each case to determine whether an extension under Section 1121(d) is warranted. In re RCN Analagenivestitionen Frodsgesellschaft II - Kommanditgesselschaft, 118 B.R. 460, 462 (W.D. Mich. 1990 (noting that a bankruptcy court has a high degree of flexibility in determining whether cause exists to extend the exclusive period)); In re AMKO Plastics, Inc., 197 B.R. 74, 77 (Bankr. S.D. Ohio 1996) ("[A]pplying the flexibility in dealing with the question of extension of exclusivity which the cases suggest . . . we hold that the debtor has shown cause for the extension"); In re Pub Serv Co., 88 B.R. 521, 534 (Bankr. D.N.H. 1998)("[T]he legislative intent [is] to promote maximum flexibility.").

19.     Court's have identified several factors relevant to whether the requisite cause exists under Section 1121(d) to extend the exclusive periods.  A nonexclusive list of factors includes the following:

A.     The size and complexity of the case;

B.     The necessity of sufficient time to permit the debtor to negotiate a plan of reorganization and prepare adequate information;

C.     Good faith progress towards reorganization;

D.     The fact the debtor pays its bills as they come due;

E.     Whether the debtor demonstrated reasonable prospects for filing a viable plan of reorganization;

F.     Whether the debtor made progress in negotiation with its creditors;

G.     Whether the debtor is seeking the extension of the exclusive periods in order to pressure creditors to submit to the debtor's reorganization plans; and

H.     Whether an unresolved contingency exists.

See In re Dow Corning, 208 B.R. 661, 664-65 (Bankr. E.D. Mich. 1997)

{00049346}

20. In analyzing the <u>Dow Corning</u> factors, no one factor is determinative. Rather, the factors are assessed individually on a case by case basis. See <u>Dow Corning</u>, 208 B.R. at 669.

21. The Debtor bears the burden of proving the good cause for extending exclusive periods and good cause only need be shown by a preponderance of the evidence. <u>Id</u>. At 664.

22. The <u>Dow Corning</u> factors weigh in the Debtor's favors.

## A. SIZE AND COMPLEXITY OF CASE

23. This case has secured indebtedness of approximately $12,000,000.00 and unsecured indebtedness as of the Petition Date of approximately $3,457,000.00. Initially, the case was filed as a small business case inadvertently. The Voluntary Petition was later amended to delete the small business filing.

24. The case is complex in that it has a number of secured creditors who in some instances have first liens and have subordinated liens to other creditors on specific collateral. In fact, there are at least 10 creditors who claim a security interest in the assets of the Debtor. Additionally, management of the Debtor regaining control of the Debtor's operations just months prior to the Petition Date from National Packaging Service. During the time National Packaging Service was operating the Debtor's business, it was losing significant sums of money. The Debtor has stabilized the business and is generating cash flow to fund a plan of reorganization. Because of the secured finance structure of the Debtor, financing has been difficult to obtain. While the case may not be the size of a Dow Corning, it has many complexities, especially in this challenging economic climate that exists today.

## B. THE TIME ALLOTTED UNDER SECTION 1121(b) IS INSUFFICIENT TO PERMIT THE DEBTOR TO NEGOTIATE A PLAN OF REORGANIZATION AND PREPARE ADEQUATE INFORMATION

25. The Debtor has requested a three month extension in order to design a plan of reorganization, with or without a sale, that maximizes the value for the creditors.

26. The extension of time is necessary because Debtor's efforts to stabilize the business are ongoing, the Debtor's efforts to obtain post-petition and/or exit financing is ongoing and it is discussing possible sale prospects. One scenario in the financing equation would be to obtain financing that would enable the Debtor to restart its second milling machine which would generate substantial revenue to fund a plan of reorganization in this matter.

27. The Debtor, because it has been focusing on stabilization of its business, has been unable to negotiate with its creditors a plan of reorganization. Until recently, the Debtor believes those negotiations would have been fruitless because the perception was that this Debtor was losing substantial sums of money. The Debtor can now demonstrate that the business has been stabilized and show that the stabilization efforts are working which will make negotiation with at

{00049346}

least some of the creditors more likely. Further, during the course of this bankruptcy, the economic climate in this state, in the United States and on a global scale has deteriorated, making the restructure even more complicated.

## C. GOOD FAITH PROGRESS TOWARD REORGANIZATION

28. As stated earlier in this Motion, the Debtor is making good faith progress towards the reorganization. The Debtor has regained control of its business assets, has implemented restructuring efforts, has stabilized the business, is now generating cash flow to fund the plan of reorganization and believes that it has a strong prospect of obtaining either financing or factoring which can be used in the restructure process. The Debtor has also negotiated plan terms with three secured creditors and is commencing negotiations with other secured creditors that may result in consensual Plan terms with those creditors.

## D. REASONABLE PROSPECTS FOR FILING A VIABLE PLAN OF REORGANIZATION AND PAYING BILLS

29. The Debtor believes the fact that it is operating, since the Petition Date, on a positive basis, demonstrates the fact that it can propose a viable plan. The plan, of course, may require the creditors to take certain concessions including possibly, interest rate reductions. The Debtor is only seeking an additional three months to file a plan and has been paying its bills, maintaining insurance and keeping up the property during the course of this bankruptcy.

## E. PROGRESS AND NEGOTIATION WITH ITS CREDITORS

30. The Debtor has begun the process of negotiating plan terms with its creditors. The Debtor negotiated adequate protection with two of its primary secured creditors, City of Cheboygan and Bank of America. A dispute exists regarding the priority of the lien between the City of Cheboygan and All Points Capital for which All Points filed an objection to the adequate protection order with City of Cheboygan. Plan negotiations are premature with All Points and the City of Cheboygan because of the priority dispute issue. The Debtor maintains that its financial operations post-petition will provide it credibility in negotiating with its creditors and that the requested extension will only benefit, and assist in the plan negotiation process and is not being used as a sword. As stated earlier, the Debtor has negotiated Plan terms with three of its secured creditors.

## F. WHETHER AN UNRESOLVED CONTINGENCY EXISTS

31. In this matter, a significant unresolved contingency exists. As the Court is well ware, there is now an adversary proceeding to determine the priority of liens between All Points Capital and the City of Cheboygan. Each creditor claims to be owed in excess of $2,000,000.00.

## CONCLUSION

WHEREFORE, the Debtor respectfully requests that this Court grant the relief requested herein by extending the exclusive periods provided under 11 U.S.C. §1121(b) and (c) and other statutory periods to March 20, 2010 to file a plan and to May 20, 2010 to obtain acceptance of the plan. In the alternative, if this Court denies the Motion, or if an objection is filed in the interim and the Debtor files a plan, that this Court extend the exclusive period for a period of seven days after an order denying the Debtor's request is entered by this Court to file a plan and establish the exclusive period for the Debtor to obtain acceptance of such plan 60 days after such extended deadline and the Court grant the Debtor any and all other relief this Court deems just and equitable.

LAMBERT, LESER, ISACKSON,
COOK & GIUNTA, P.C.

/s/ Keith A. Schofner

Dated: January 20, 2009     By: _____

KEITH A. SCHOFNER (P41852)
Attorneys for Debtor
916 Washington Avenue, Suite 309
Bay City, Michigan 48708
(989) 893-3518
kschofner@lambertleser.com

{00049346}

7

Exhibit "A"

## UNITED STATES BANKRUPTCY COURT
## IN THE EASTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION

IN RE:

GREAT LAKES TISSUE COMPANY,

Debtor.

_____/

Case No. 08-22796
Chapter 11 Proceeding
Hon. Daniel S. Opperman

## ORDER EXTENDING EXCLUSIVE PERIOD FOR FILING THE
## COMBINED CHAPTER 11 PLAN AND DISCLOSURE STATEMENT

The Debtors filed a Motion to Extend the Exclusive Periods for the Debtor to file the Combined Chapter 11 Plan and Disclosure Statement and provided notice to the creditors. No creditor or interested party having filed an objection and the Debtor has stated good cause and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the exclusive period within which the Debtor shall have to file the Combined Plan and Disclosure Statement pursuant to 11 U.S.C. §1121(b) and 11 U.S.C. §1121(c)(2) and other statutory provisions is extended to **March 20, 2010** and the date provided in 11 U.S.C. §1121(c)(3) is extended to **May 20 , 2010**.

IN RE:

GREAT LAKES TISSUE COMPANY,

Debtor.

_____/

Case No. 08-22796
Chapter 11 Proceeding
Hon. Daniel S. Opperman

**NOTICE OF DEBTOR'S MOTION FOR AN ORDER UNDER BANKRUPTCY CODE §1121(d) EXTENDING EXCLUSIVE PERIODS DURING WHICH DEBTOR MAY FILE AND SOLICIT ACCEPTANCES OF PLAN OF REORGANIZATION**

        The Debtor has filed its Motion for an Order Under Bankruptcy Code §1121(d) Extending Exclusive Periods During which Debtor may File and Solicit Acceptances of Plan of Reorganization in the above matter.

        **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

        If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, within **fourteen (14) days**, you or your attorney must:

1.     File with the Court a written response or an answer, explaining your position at:[1]

> **United States Bankruptcy Court**
> **111 First Street**
> **Bay City, MI 48708**

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to: **Keith A. Schofner**
> **Lambert, Leser, Isackson, Cook & Giunta, P.C.**
> **Attorneys for Debtor**
> **P.O. Box 835**
> **Bay City, Michigan 48707-0835**
> **(989) 893-3518**

2.     If a response or answer is timely filed and served, the Clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

> LAMBERT, LESER, ISACKSON,
> COOK & GIUNTA, P.C.
>
> /s/ Keith A. Schofner

Dated: January 20, 2010      BY: _____
> KEITH A. SCHOFNER (P41852)
> Attorneys for Debtor
> P.O. Box 835
> Bay City, Michigan 48707-0835
> Telephone: (989) 893-3518
> kschofner@lambertleser.com

------

[1] Response or answer must comply with F.R. Civ.P.8(b),(c) and (e)

# UNITED STATES BANKRUPTCY COURT
## IN THE EASTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION

IN RE:

GREAT LAKES TISSUE COMPANY,

              Debtor.

_____/

Case No. 08-22796
Chapter 11 Proceeding
Hon. Daniel S. Opperman

## CERTIFICATE OF SERVICE

      I hereby certify that I am employed with the law offices of Lambert, Leser, Isackson, Cook & Giunta, P.C. and that on January 20, 2010, I electronically filed the foregoing **NOTICE and MOTION FOR AN ORDER UNDER BANKRUPTCY CODE §1121(d) EXTENDING EXCLUSIVE PERIODS DURING WHICH DEBTOR MAY FILE AND SOLICIT ACCEPTANCES OF PLAN OF REORGANIZATION** with the Clerk of the Court using the ECF system and I hereby certify that on January 20, 2010 I have mailed by U.S. Postal Service the **NOTICE and MOTION FOR AN ORDER UNDER BANKRUPTCY CODE §1121(d) EXTENDING EXCLUSIVE PERIODS DURING WHICH DEBTOR MAY FILE AND SOLICIT ACCEPTANCES OF PLAN OF REORGANIZATION** to all **CREDITORS AND INTERESTED PARTIES** listed on the attached mailing matrix.

                            LAMBERT, LESER, ISACKSON
                            COOK & GIUNTA, P.C.

Date: January 20, 2010         BY:      /s/ Spring M. Schultz
                            Spring M. Schultz, Legal Assistant to
                            Keith A. Schofner (P41852)
                            Attorney for Debtor
                            P.O. Box 835
                            Bay City, MI 48707-0835
                            Phone: (989) 893-3518
                            sschultz@lambertleser.com

American Fiber Services
4785 Fulton Ind. Blvd, Suite F
Atlanta, GA 30336-2044

City of Cheboygan
c/o Thomas G. King / DSH
Kreis, Enderle, et al
PO Box 4010
Kalamazoo, MI 49003-4010

FLS Transportation Services, Inc.
c/o A. Brooks Darling, Esq.
412 S. Union Street
Traverse City, MI 49684-2537

National Packaging Services Corporation
c/o Godfrey & Kahn, S.C.
333 Main Street, Ste 600, P.O. Box 13067
Green Bay, WI 54307-3067

Sovereign Bank
619 Alexander Road
Princeton, NJ 08540-6000

ABC Wire Sales Co.
1522 West 25th St.
Minneapolis, MN 55405-2533

ABF Freight Systems, Inc.
2690 Courier Dr., NW
Grand Rapids, MI 49534-1247

AIG Bankruptcy Collections
David A. Levin, Authorized Representativ
70 Pine Street, 28th Floor
New York, NY 10270-0002

Accent Wire
10131 FM 2920
Tomball, TX 77375-8918

Action Radio & Communications
11133 86th Avenue North
Osseo, MN 55369-4529

Adams, Dawn
2283 Knob Hill Drive, Apt. 4
Okemos, MI 48864-4562

Adas, Rick
5621 Cedar Street
P.O. Box 176
Millersburg, MI 49759-0176

Advanced Fiber Technology
72 Queen St.
Lennoxville, Quebec
CAN  J1M 2C3

Aeromix Systems, Inc.
7135 Madison Ave., W.
Minneapolis, MN 55427-3601

Airgas - Great Lakes
P.O. Box 802576
Chicago, IL 60680-2576

Airgas Safety  Supply
P.O. Box 951884
Dallas, TX 75395-1884

Airgas Safety Inc.
128 Wharton Rd.
Bristol, PA 19007-1622

All Points Capital
265 Broad Hollow Road
Melville, NY 11747-4802

All Points Capital Corporation
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Road, Ste. 2500
Southfield, MI 48034-8214

All Points Capital Corporation
c/o Stephen E. Turman
Moritt Hock Hamroff & Horowitz
400 Garden City Plaza
Garden City, NY 11530-3327

Alpena Electric Motor Service
P.O. Box 565
Alpena, MI 49707-0565

Alro Steel Corporation
P.O. Box 30382
Lansing, MI 48909-7882

American Fiber Services, LLC
4785 Fulton Ind. Blvd, Suite F
Atlanta, Georgia 30336-2044

American Fiber Services, LLC
Mark J. Hilal, PLLC
445 Michigan Street, Ste. 4
Petoskey, MI 49770-2676

Amerigas - Cheboygan
218 Water St.
Cheboygan, MI 49721-1606

Arrow Uniform
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, Maryland 21094-5126

Arrow Uniform-Dept. 039101
P.O. Box 67000
Detroit, MI 48267-0002

Attorney General
Law Building
515 Ottawa
Lansing, MI 48913-0001

Audies Restaurant
P.O. Box 866
Mackinaw City, MI 49701-0866

Aurora Specialty Chemistries
P.O. Box 227
Lowell, MI 49331-0227

Automation Service
Dept. #462142
P.O. Box 790100
Saint Louis, MO 63179-0100

BW & US Tax Office
3024 W. Grand Blvd.,Ste 11-500
Detroit, MI 48202-6024

Babcock & Wilcox
P.O. Box 643957
Pittsburgh, PA 15264-3957

Badgero, Matthew
17610 Cobbs Hwy.
Onaway, MI 49765-8840

Bank of America
2600 West Big Beaver Road
Troy, MI 48084-3323

Baum Machine Inc.
N253 Stoney Brook Rd.
Appleton, WI 54915-9444

Bell Fork Lift Inc.
34660 Centaur
Clinton Township, MI 48035-3700

Bell, Michael
2883 M-33
Cheboygan, MI 49721-8210

Bettis, Anthony
9027 Wing
Cheboygan, MI 49721-8516

Blue Cross Blue Shield of Michigan
P.O. Box 79001
Detroit, MI 48279-0499

Blue Water Transportation
3055 Cass Rd., Ste. 101
Traverse City, MI 49684-7940

Boathouse, The
P.O. Box 303
Cheboygan, MI 49721-0303

Bogensberger,Joe
9259 Miller
Alanson, MI 49706-9700

Bonetti Steel Co., Inc.
14100 W. Grandview Pkwy.
Sturtevant, WI 53177-1265

Brenntag Great Lakes, LLC
4420 Harley Davidson Ave.
Wauwatosa, WI 53225-4311

Bullivan, Houser, Bailey PC
Attn: Steven Uriguen
300 Pioneer Tower
888 SW Fifth Ave.
Portland, OR 97204-2012

Butzel Long
150 West Jefferson
Detroit, MI 48226-4430

C. H. Robinson Worldwide, Inc.
14701 Charlson Road
Eden Prairie, MN 55347-5076

Carla O. Andres
Godfrey & Kahn, S.C.
333 Main Street, Suite 600
P.O. Box 13067
Green Bay, WI 54307-3067

Carter,Wesley
210 N. D Street
Cheboygan , MI 49721-1255

Chase Bank USA NA
PO BOX 15145
Wilmington, DE 19850-5145

Chase Card Services, #7226
P.O. Box 94014
Palatine, IL 60094-4014

Cheboygan Cement Products Inc.
702 Lafayette Ave.
Cheboygan, MI 49721-2199

Cheboygan Cooperative Company
418 Cuyler St.
Cheboygan, MI 49721-1998

Cheboygan Hydro
3215 Duncan Bay Drive
Cheboygan, MI 49721-8928

Cheboygan Hydro Services, LLC
437 Main
Cheboygan, MI 49721-1999

Cheboygan Memorial Hospital
748 S. Main St.
P.O. Box 419
Cheboygan, MI 49721-0419

Cheboygan Warehouse
3215 Duncan Bay Drive
Cheboygan, MI 49721-8928

City of Cheboygan
430 N. Huron
P.O. Box 39
Cheboygan, MI 49721-0039

City of Cheboygan
P.O. Box 70
Cheboygan, MI 49721-0070

City of Cheboygan
c/o Thomas G. King / DSH
Kreis, Enderle, Hudgins & Borsos
PO Box 4010
Kalamazoo, MI 49003-4010

Cole-Parmer Instrument Co.
13927 Collections Center Dr.
Chicago, IL 60693-0139

Con-Way Freight, Inc.
c/o RMS Bankruptcy Recovery Services
PO Box 5126
Timonium, MD 21094-5126

Conney Safety Products
P.O. Box 44575
Madison, WI 53744-4575

Consumers Energy
Bankruptcy Department
4600 Coolidge Hwy.
Royal Oak, MI 48073-1676

Consumers Energy Company
Attn: Michael G. Wilson
One Energy Plaza - EP11-451
Jackson, MI 49201-2357

(p)CONTINENTAL PAPER GRADING COMPANY
1623 SOUTH LUMBER
CHICAGO IL 60616-1192

Cornerstone Controls
771630 Solutions Center
Chicago, IL 60677-1006

County of Cheboygan
870 S. Main Street
Cheboygan, MI 49721-2288

Couture, Keith Jr.
8811 N. Black River Rd.
Cheboygan, MI 49721-9514

Crist, David
117 W. State Street #4
Cheboygan, MI 49721-1572

Cristini North America, Inc.
700 Cristini Blvd.
Lachute, QC  J8H 4N3
CANADA

Crooks, Robert
5255 Glacier Hwy.
Onaway,MI 49765-9345

Cummins Bridgeway, LLC
P.O. Box 67000
Detroit, MI 48267-2268

Cyderman, Donald
8943 Twin School Road
Onaway, MI 49765-8799

CynergyComm.net, Inc.
P.O. Box 4163
Burt Lake, MI 49717-0763

D&B
P.O. Box 75542
Chicago, IL 60675-5542

DP Brown of Detroit Inc.
P.O. Box 5907
Saginaw, MI 48603-0907

DTE
P.O. Box 2859
Detroit, MI 48260-0001

DTE Energy
3200 Hobson
Detroit, MI 48201-2927

DeGraves, Bruce
308 N. 7th Street
Rogers City, MI 49779-1334

Dean Boiler, Inc.
1824 3 Mile Rd., NW
Grand Rapids, MI 49544-1446

Deluxe Business Checks
P.O. Box 742572
Cincinnati, OH 45274-2572

Detroit Air Compressor Co.
3205 Bermuda
Ferndale, MI 48220-1060

Direct Safety Company
P.O. Box 44989
Madison, WI 53744-4989

Dixie Pulp & Paper, Inc.
665 Yorkshire Road
Neenah, WI 54956-4668

Dixie Pulp & Paper, Inc.
c/o Coface North America, Inc.
50 Millstone Rd., Bldg. 100, Ste. 360
East Windsor, NJ 08520-1415

Donald A. Snide
Varnum
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0352

East Carolina Supply
P.O. Box 667
Plymouth, NC 27962-0667

Electric Contact Supply Co.
2449 Niagara Rd.
Niagara Falls, NY 14304-2083

FLS Transportation Services, Inc.
A. Brooks Darling
412 S. Union Street
P. O. Box 987
Traverse City, MI 49685-0987

FedEx Custom Critical
P.O. Box 371627
Pittsburgh, PA 15251-7627

Fisher Scientific
13551 Collections Center Dr.
Chicago, IL 60693-0135

GL & V USA, Inc.
Dept. 293901
P.O. Box 67000
Detroit, MI 48267-2939

General Electric Capital Corp.
1010 Thomas Edison Blvd SW
Cedar Rapids, IA 52404-8247

Ginop Sales Inc.
11274 M-68
Alanson, MI 49706-9699

Grand Traverse Crane Company
3876 Blair Townhall Rd.
Traverse City, MI 49684-9196

Douglas, Sandra
5010 South US 23
Cheboygan, MI 49721-8937

Edler, Darrin
1400 Beebe School
Afton, MI 49705-9704

Erma, Teicher, Miller, Zucker
400 Galleria Officentre #444
Southfield, MI 48034-2162

Farm Bureau Insurance Company
P. O. Box 30100
Lansing, MI 48909-7600

Federal Interional Inc.
P.O. Box 840043
Kansas City, MO 64184-0043

Fisher Scientific
Gary Barnes
Regional Credit Manager
2000 Park Lane
Pittsburg, PA 15275-1114

Galls Incorporated
Dept. 8069
Carol Stream, IL 60122-8069

Gerald Melching
9480 Kate Hanson Road
Cheboygan, MI 49721-9716

Gordon Food Service
Payment Processing Center
Dept. CH 10490
Palatine, IL 60055-0490

Graphic Controls LLC
P.O. Box 1271
Buffalo, NY 14240-1271

Drielts, Kraig
637 S. Huron
Cheboygan, MI 49721-2207

Ekkens, Michael
4090 Wartella Road
Cheboygan, MI 49721-8103

Erman, Teicher, Miller, Zucker & Freedman, P
c/o Earle I. Erman, Esq.
400 Galleria Officentre, Suite 444
Southfield, MI 48034-2162

Fastenal Company
P.O. Box 978
Winona, MN 55987-0978

First Community Bank
c/o Jason W. Bank, Esq.
Varnum Riddering Schmidt & Howlett LLP
39500 High Pointe Blvd., Suite 350
Novi, MI 48375-5516

Flow International Corp.
P.O. Box 34935, Dept. 25
Seattle, WA 98124-1935

Gaylord Machine & Fabrication
2758 Dickerson Rd.
Gaylord, MI 49735-7453

Geyer, Jay
3280 Wartella Road
Cheboygan, MI 49721-9508

Grainger
Dept. 834920621
Palatine, IL 60038-0001

Great Lakes Fastener & Supply
Grand Rapids Bolt & Nut
5075 Clay Ave., SW
Grand Rapids, MI 49548-5502

Great Lakes Fire & Safety
P.O. Box 174
Alpena, MI 49707-0174

Great Lakes Pump & Supply Co.
1125 Momentum Pl.
Chicago, IL 60689-5311

Great Lakes Redi Mix
1947 Dickerson Rd.
Gaylord, MI 49735-9206

H & B Plumbing & Heating, Inc.
602 Seymour St.
Cheboygan, MI 49721-1997

(c)HAMMON, DENISE
14372 BIRCHALL CT
CHEBOYGAN MI  49721-8652

Hammond Drives & Equipment
P.O. Box 130
8527 Midland Rd.
Freeland, MI 48623-8735

Hammond Drives & Equipment, Inc.
Shinners & Cook, PC
5195 Hampton Place
Saginaw, MI 48604-9576

Harrington, Don
302 George Street
Cheboygan, MI 49721-1338

Hart, Todd
8965 Outback Alley
Cheboygan, MI 49721-8865

Haycore Canada Inc.
3144 Gregoire Rd.
Russell ON  K4R1E5
CANADA

Hayes Mfg. Group, Inc.
91218 Collection Center Dr.
Chicago, IL 60693-0912

Helwig Carbon Products, Inc.
P.O. Box 240160
8900 West Tower Ave.
Milwaukee, WI 53224-2849

Henkle Adhesives
P.O. Box 101369
Atlanta, GA 30392-1369

Heythaler, Michael
6401 Carey Road
Cheboygan, MI 49721-7838

Hoppie's Tavern
10600 Indian Rd.
Brutus, MI 49716-9525

Hull Lift Trucks Inc.
28747 Old US-33 West
Elkhart, IN 46516-1699

Hydrite Chemical Co.
P.O. Box 689227
Milwaukee, WI 53268-0001

Ingalsbe, William
4700 Riggsville Road
Cheboygan, MI 49721-8578

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

J & L Industrial Supply
An MSC Industrial Supply Co.
75 Maxess Road
Melville, NY 11747-3151

J & N Refuse
501 N. Western Ave.
Cheboygan, MI 49721-1013

J&L Industrial Supply
P.O. Box 382070
Pittsburgh, PA 15250-8070

J.B. Express Inc.
P.O. Box 91
27311 US Rt 35
Chillicothe, OH 45601-0091

Jacklin Steel Supply Company
2410 Aero Park Dr.
Traverse City, MI 49686-9180

James River Coal
901 East Byrd St., Ste. 1600
Richmond, VA 23219-4529

Jenne, Lynn
181 VFW Road
Cheboygan, MI 49721-9702

Jon Karsten
450 Partridge Ave.
Alpena, MI 49707-1268

Jud Corporation
3732 Profit Way
Chesapeake, VA 23323-1511

K. Armstrong Trucking, Inc.
260 Duncan Ave.
Cheboygan, MI 49721-1314

KML Specialty Chemicals
P.O. Box 380
Laotto, IN 46763-0380

Kadant AES
P.O. Box 751504
Charlotte, NC 28275-1504

Kadent Johnson Inc.
22671 Network Pl.
Chicago, IL 60673-1226

Karsten, Jon
1941 Derereaux Lake Road
Indian River, MI 49749-9126

Kennedy Industries, Inc.
4975 Technical Dr.
Milford, MI 48381-3952

Kitchen, Elmer
8241 Carter Road
Cheboygan, MI 49721-8722

Kitchen, Joseph
6903 Tim Buck Trial
Cheboygan, MI 49721-9047

Klooster Machinery
9821 US-31
Ellsworth, MI 49729

Kortman, Todd
14226 Chippewa Trail
Johannesburg, MI 49751-9422

Kortz, Thomas
1923 M-33
Cheboygan, MI 49721-9242

Krum Pump
P.O. Box 2198
Kalamazoo, MI 49003-2198

Kufferath Inc.
P.O. Box 1467
Voorhees, NJ 08043-7467

Kuzinicki, Charles
436 Cedar Street
Cheboygan, MI 49721-1308

LaFarge-North America
1435 Ford Ave.
Alpena, MI 49707-2135

LaSalle Bank Midwest N.A.
c/o Michael C. Hammer, Esq.
Dickinson Wright PLLC
301 E. Liberty Street, Suite 500
Ann Arbor, MI 48104-2283

LaSalle Bank c/o Theodore Sylwestrzak
Dickinson Wright
500 Woodward Avenue
Detroit, MI 48226-3416

Laidlaw Carriers Bulk LP
P.O. Box 776
Woodstock, ON  N4S 8A2
CANADA

Laidlaw Carriers Bulk, LP
P. O. Box 1651
Woodstock, ON N4S 0A9
CANADA

Langolf, Arthur
2200 Westwood Drive
Cheboygan, MI 49721-9088

Lasalle Bank Midwest N.A.
2600 West Big Beaver Road
Troy, MI 48084-3323

Leripa Papertech LLC
710 Ford St.
Kimberly, WI 54136-2209

Loftin, Gary
972 Mackinaw Avenue #5
Cheboygan, MI 49721-1000

Loshaw Bros.
P.O. Box 1761
Gaylord, MI 49734-5761

MDS of Michigan Inc.
2336 Wilshere Dr.
Jenison, MI 49428-9283

MI Dept. of Environmental Quality
Cashier's Office
P.O. Box 30657
Lansing, MI 48909-8157

MSC Industrial Supply Co. Inc.
Dept. CH 0075
Palatine, IL 60055-0075

MSC Industrial Supply Company
75 Maxess Road
Melville NY 11747-3151

Madison Consulting, LLC
340 Madison, SE
Grand Rapids, MI 49503-4618

Manning Environmental Inc.
1968 South Austin Ave., Ste. 101
Georgetown, TX 78626-7847

Mannings Northern Tire
624 East State St.
Cheboygan, MI 49721-1764

Maxwell, Nancy
5086 Hiawatha Drive
Cheboygan, MI 49721-9140

McCarney, William
4300 Forsyth Drive
Cheboygan, MI 49721-9425

Melching, Gerald
9480 Kate Hanson Road
Cheboygan, MI 49721-9716

Meri Papertec Inc.
P.O. Box 1262
Appleton, WI 54912-1262

Merle's Lock & Trophy Shop
410 Water St.
Cheboygan, MI 49721-1527

Metro Waste Paper Recovery
66 Shorncliffe Rd.
Toronto, Ontario  M8Z 5K1
CANADA

Metso Automation USA, Inc.
2900 Courtyards Dr.
Norcross, GA 30071-1554

Metso Paper USA-Stateline Div.
P.O. Box 75088
Charlotte, NC 28275-0088

Mettler-Toledo Inc.
22670 Network Pl.
Chicago, IL 60673-1226

Michigan Dept. of Treasury
Collection/Bankruptcy Unit
P.O. Box 30168
Lansing, MI 48909-7668

Michigan Switchgear Services
P.O. Box 25
Auburn, MI 48611-0025

Michigan Unemployment Agency
P.O. Box 169
Grand Rapids, MI 49501-0169

Miller, Canfield, Paddock
P.O. Drawer 64348
Detroit, MI 48264-0348

Motor Control Center, LLC, The
4019 Windgap Ave.
Pittsburgh, PA 15204-1031

Nalco Company
1601 West Diehl Road
Naperville, Il 60563-1198

Nalco Company
P.O. Box 70716
Chicago, IL 60673-0001

Nancy Maxwell
5086 Hiawatha Dr.
Cheboygan, MI 49721-9140

National Packaging Services Corporation
c/o Carla O. Andres
Godfrey & Kahn, S.C.
P.O. Box 13067
Green Bay, WI 54307-3067

Neelis, Joseph
6301 Carey Road
Cheboygan, MI 49721-8557

Nekoosa Corp.
P.O. Box 129
Nekoosa, WI 54457-0129

Nelson Freight Service
P.O. Box 7
Peshtigo, WI 54157-0007

Nestell, Clarence
414 E. Seymour Street
Cheboygan, MI 49721-2017

Neumann, Paul
8598 Page Road
Cheboygan, MI 49721-9544

Newark Inone
P.O. Box 94151
Palatine, IL 60094-4151

Northern Energy, Inc.
Bronco Oil Company, Inc.
P.O. Box 1237
Gaylord, MI 49734-5237

Northwest Michigan Ind. Assoc.
P.O. Box 6716
Traverse City, MI 49696-6716

Office Depot
P.O. Box 88040
Chicago, IL 60680-1040

Ogrady,Sean
310 W. Court Street
Cheboygan, MI 49721-1909

Oliver, John
7083 Cut Off Road
Afton, MI 49705-9702

| | | |
|---|---|---|
| Omega Engineering, Inc.<br>P.O. Box 740496<br>Atlanta, GA 30374-0496 | Omni Systems<br>P.O. Box 1418<br>Rockingham, NC 28380-1418 | Ormsbee, Orion<br>10484 N. Black River Rd.<br>Cheboygan, MI 49721-9510 |
| Orr Felt Company, The<br>P.O. Box 908<br>750 South Main St.<br>Piqua, OH 45356-3834 | Ozone Solutions Inc.<br>789 7th St., NW<br>Sioux Center, IA 51250-1917 | Painter Petroleum<br>4016 Michigan Ave.<br>Onaway, MI 49765-8852 |
| Paper Tigers, The<br>2121 Waukegan Rd., Ste. 130<br>Bannockburn, IL 60015-1883 | Paragon Laboratories, Inc.<br>12649 Richfield Ct.<br>Livonia, MI 48150-1062 | Performance Packaging, Inc.<br>6734 Boxwood Ct.<br>West Bloomfield, MI 48322-4560 |
| Phoenix Sealing Products<br>35745 Beattie Dr.<br>Sterling Heights, MI 48312-2619 | Pitney Bowes Global Financial<br>P.O. Box 856460<br>Louisville, KY 40285-6460 | Pitney Bowes Inc<br>27 Waterview Dr<br>Shelton CT 06484-4361 |
| Plant Services Inc.<br>P.O. Box 1356<br>4000 8th Ave. North (35222)<br>Birmingham, AL 35222-1110 | Poffenberger, David<br>7124 W. Shane Lane<br>Cheboygan, MI 49721-9207 | Power I T<br>708 Jackson, #3<br>Petoskey, MI 49770-2280 |
| Precision Bearing Co., Div.<br>LAAJ, Inc.<br>1852-B Janke Dr.<br>Northbrook, IL 60062-6711 | Precision Electronics Services<br>332 Ringgold Industrial Pkwy.<br>Danville, VA 24540-5548 | Primetime Communications<br>5600 South River Rd.<br>Cheboygan, MI 49721-8827 |
| Pro Source Rent All Inc.<br>3725 Old US Hwy 27 S.<br>Gaylord, MI 49735-9522 | Process Measurement Controls<br>11 Old Sugar Hollow Rd.<br>Danbury, CT 06810-7517 | Professional Pump, Inc.<br>41300 Coca Cola Dr.<br>Belleville, MI 48111-1669 |
| Purchase Power Pitney Bowes<br>P.O. Box 856042<br>Louisville, KY 40285-6042 | Putnam Investments<br>Location 85<br>P.O. Box 9747<br>Providence, RI 02940-9747 | R & J Transport Inc.<br>608 North 41st St.<br>Manitowoc, WI 54220-3520 |
| R & L Carriers<br>P.O. Box 713153<br>Columbus, OH 43271-3153 | R.P.M., Inc.<br>400 36th St.<br>Grand Rapids, MI 49548-2383 | RCA Capital Corp.<br>21-0 Route 208 South<br>Fair Lawn, NJ 07410 |
| RLV Trucking<br>6540 Black River Trail<br>Cheboygan, MI 49721-9553 | Rachel L. Wolock<br>Dickinson Wright PLLC<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226-5403<br>RWolock@dickinsonwright.com | Rapid Control Service Inc.<br>2479 28th St., SW<br>Grand Rapids, MI 49519-2198 |

Renkiewicz, Gene
11636 Butler Road
Cheboygan, MI 49721-9505

Rental Express
P.O. Box 939
Indian River, MI 49749-0939

River Valley Paper Company
P.O. Box 714429
Columbus, OH 43271-4429

Rivera,Reynaldo
1803 W. 1st
Cheboygan, MI  49721

Rob Smith Transportation, Inc.
P.O. Box 26
Mc Bain, MI 49657-0026

Robydek, Daniel
4259 Indian Trail Road
Cheboygan, MI 49721-9723

Robydek, Gerald
5402 Indian Trail Road
Cheboygan, MI 49721-9724

Rockwell Automation-PA
Ohio Division
P.O. Box 371125M
Pittsburgh, PA 15251

Romanoff Industries
P.O. Box 699
Toledo, OH 43697-0699

Roy G. Stohlman, S.C.
3019 W. Spencer
P.O. Box 632
Appleton, WI 54912-0632

Roznowski, Clarence
3215 Duncan Bay Drive
Cheboygan, MI 49721-8928

Roznowski, Ryan
2216 Harrison Avenue
Cheboygan, MI 49721-1376

Roznowski,Arthur M.
234 North C Street
Cheboygan, MI 49721-1241

Rumford Industrial Group Inc.
772 Congress Park Dr.
Centerville, OH 45459-4045

Rushford, Andrew
1950 Kelly Lynn Drive
Cheboygan, MI 49721-9638

S C & J Transport
1270 US-23 South
Rogers City, MI 49779-9301

SGS Minerals Services
P.O. Box 2502
Carol Stream, IL 60132-0001

SPX Process Equipment
P.O. Box 277886
Atlanta, GA 30384-7886

Salvation Army
P.O. Box 444
Cheboygan, MI 49721-0444

Schafer & Weiner PLLC
40950 Woodward Ave.
Bloomfield Hills, MI 48304-5123

Schleben, Kenneth
6905 US 23
Cheboygan, MI  49721

Schneider National Inc.
2567 Payshere Circle
Chicago, IL 60674-0025

Sharon, Rick
155 South Second
Rogers City, MI 49779-1705

Shipping Store & More, Inc.
11523 N. Straits Hwy., Unit B
Cheboygan, MI 49721-8880

Short Freight Lines, Inc.
P.O. Box 357
Bay City, MI 48707-0357

Sinclair International
Pressure Systems Division
85 Boulevard
Queensbury, NY 12804-3903

Skills Unlimited
337 Water St.
Cheboygan, MI 49721-1526

Smolinski, Kevin
1722 N. Ocqueoc
Millersburg, MI 49759-9766

So. Cal. Ruse Inc.
23011 Moulton Pkwy., Ste. #1-11
Laguna Hills, CA 92653-1212

Socius 1
7003 Post Rd., Ste. 300
Dublin, OH 43016-8359

Soft Wash & Lube Center
P.O. Box 5187
Cheboygan, MI 49721-5187

Sovereign Leasing, LLC
Smith Haughey Rice & Roegge
Daniel M. Morley
202 E. State Street
Traverse City, MI 49684-5732

Sovereign Leasing, LLC
Sovereign Bank
Attn: Ana Stesney, VP Manages Assets Div
619 Alexander Road
Princeton, NJ 08540-6000

Soverign Capital
619 Alexander Road
Princeton, NJ 08540-6000

Spies Auto Parts
10942 Straits Hwy.
Cheboygan, MI 49721-9077

St. Mary's Cement
16000 Bells Bay Rd.
Charlevoix, MI 49720-8707

Star Bronze Company Inc.
P.O. Box 2206
Alliance, OH 44601-0206

State of Michigan
Dept. of Environmental Quality
Lansing, MI 48913-0001

State of Michigan
Dept. of Treasury
Collection Division
P.O. Box 30199
Lansing, MI 48909-7699

State of Michigan MEDC
301 N. Washington Sq., 4th Fl.
CDBG Program Administration
Lansing, MI 48913-0001

State of Michigan, Department of Treasury
3030 W. Grand Blvd.
Suite 10-200
Detroit, MI 48202-6030

Stone Transport Corporation
P.O. Box 1506
Saginaw, MI 48605-1506

Stone Transport Corporation
c/o Schisler Law, PLC
701 E. Vermont, Ste. 100
Bay City, MI 48706-4971

Stowe Woodward
P.O. Box 933767
Atlanta, GA 31193-3767

Straits Area Printing Inc.
P.O. Box 11
Cheboygan, MI 49721-0011

TFS Capital Funding
P.O. Box 3457
Torrance, CA 90510-3457

Tallman, Nicholas
4071 Long Lake Road
Cheboygan, MI 49721-8723

Tennant, Matthew
2290 S. M211 Hwy
Onaway, MI 49765-9621

The Paper Tigers Inc.
Kohner Mann & Kailas, SC
Washington Bldg, Barnabas Bus. Ctr.
4650 N. Port Washington Rd.,
Milwaukee, WI 53212-1077

Thermal Coatings International
10121 S.E. Sunnyside Rd., Ste. 300U
Clackamas, OR 97015-5713

This Old House
112 Jackson St.
Cheboygan, MI 49721-2252

Thompson, Dennis
19076 US 23
Millersburg, MI 49759-9758

Thompson, Ryan
622 Duncan Avenue
Cheboygan, MI 49721-1320

Toyota Financial Services
P.O. Box 3457
Torrance, CA 90510-3457

Toyota Motor Credit Corporation
19001 S. Western Ave. WF-21
Torrance, CA 90501-1196

Trans-Consolidated Distributor
P.O. Box 5062
Chatsworth, CA 91313-5062

Trust Abatement & Flooring
P.O. Box 542
Dewitt, MI 48820-0542

U.S. Attorney
Attn: Civil Department
101 First Street, Suite 200
Bay City, MI 48708-5747

U.S. Tissue Converting Inc.
437 S. Main Street
Cheboygan, MI 49721-1999

UP Special Delivery, Inc.
P.O. Box 207
Iron Mountain, MI 49801-0207

USA Blue Book
P.O. Box 9004
Gurnee, IL 60031-9004

USF Holland
c/o RMS Bankruptcy Recovery Systems
P. O. Box 5126
Timonium, MD 21094-5126

United Design Associates Inc.
111 North Main St., Ste. 3
Cheboygan, MI 49721-1698

Universal Am Can Ltd
P.O. Box 1000
Memphis, TN 38148-0491

Valley Eqiupment Company Inc.
100 E. Main St.
Jonesborough, TN 37659-1340

Vesco Oil Corporation
Diamond Oil Distributors
P.O. Box 888655
Grand Rapids, MI 49588-8655

W. W. Grainger, Inc.
7300 N. Melvina Ave., M240
Niles, IL 60714-3998

Wade Trim
271 West McCoy Rd.
P.O. Box 618
Gaylord, MI 49734-0618

Western Process Computers
2033 W. North Lane, Ste. 14
Phoenix, AZ 85021-1900

Whaley, Elmer
1088 Larke Avenue
Rogers City, MI 49779-1229

Wollangur, Bryan
2165 Polish Line Road
Cheboygan, MI 49721-8512

Woodruff, Daniel
6941 S. River Road
Cheboygan, MI 49721-9594

Yellow Freight System, Inc.
P.O. Box 73149
Chicago, IL 60673-0001

Zee Company Inc.
P.O. Box 21442
Chattanooga, TN 37424-0442